In the Matter of the Examination in Supplementary Proceedings of GEORGE C. RILEY, Judgment Debtor, Appellant.

GERTRUDE M. DRAPER, Judgment Creditor, Respondent.

Submitted April 3, 1944; decided April 13, 1944.

*George C. Riley*, in person, for motion.
*Ford White* opposed.

Motion granted, without prejudice to such motion as the respondent may hereafter make to dismiss the appeal on the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.